**FILED**

FEB - 9 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN VALENCIA-RIVERA (1),<br>RUBEN VALENCIA-ARJONA (2),<br><br>　　　　　　Defendants. | Case No.: 16CR1378-BEN<br><br>**ORDER AND JUDGMENT OF DISMISSAL TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 9, 2017

_____
HONORABLE ROGER T. BENITEZ
United States District Judge